Argued and submitted February 19, reversed and remanded for reconsideration April 1, 1992

In the Matter of the Compensation of
David W. Little, Claimant.
CITY OF EUGENE,
*Petitioner,*

*v.*

David W. LITTLE
and SAIF Corporation,
*Respondents.*

(WCB 89-12899, 89-20047; CA A69864)

827 P2d 207

Brian L. Pocock, Eugene, argued the cause and filed the brief for petitioner.

Michael Strooband, Eugene, argued the cause for respondent David W. Little. With him on the brief was Bischoff & Strooband, P.C., Eugene.

Steven R. Cotton, Special Assistant Attorney General, Salem, argued the cause for respondent SAIF Corporation. With him on the brief were Dave Frohnmayer, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Before Warren, Presiding Judge, and Riggs and Edmonds, Judges.

PER CURIAM

Reversed and remanded for reconsideration. *Aetna Casualty Co. v. Aschbacher*, 107 Or App 494, 812 P2d 844, *rev den* 312 Or 150 (1991).